IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Minnesota Life Insurance Company,                    C/A No. 3:13-cv-02817-JFA

        Plaintiff,

vs.                                                                              **ORDER**

Annie R. Richardson and Robert L. Smith,

        Defendants.

On April 9, 2014, this court granted Minnesota Life Insurance Company's motion to deposit funds and for discharge in this interpleader action. ECF No. 23. Minnesota Life Insurance Company specifically requested to deposit "the sum of SEVENTY-EIGHT THOUSAND FOUR HUNDRED FORTY-SIX DOLLARS AND NO/100S ($78,446.00)." ECF No. 19. On April 21, Minnesota Life Insurance Company deposited $86,186.00 into the registry of this court. A review of the checks deposited shows that the excess amount is due to interest added to the amount ordered to be deposited by the court on April 9, 2014. Counsel for Minnesota Life Insurance Company did not request this court to allow for interest to be deposited, and the court did not allow for interest in its April 9, 2014 order. The court, therefore, modifies that order to allow the sum of $78,446.00 plus any interest that has accrued to be deposited into the court's registry.

IT IS SO ORDERED.

April 22, 2014                                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                             United States District Judge